# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

LUIS RAUL CABRERA and
ROSALIE JEANESE CABRERA,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, LP, and
LOAN RESOLUTION CORPORPATION,

    Defendants.

Civil Action No. 5:11-cv-00563-FL

## ORDER

This matter is before the Court pursuant to a Motion filed by Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP[1] ("Defendant") seeking to stay pretrial deadlines and discovery proceedings pending a resolution of the Motion to Dismiss filed by Defendant. For good cause shown, and in light of this Court's finding that a Stay of Pretrial Deadlines and Discovery proceedings will not prejudice Plaintiffs, it is hereby

**ORDERED** that all discovery in the above-captioned civil action shall be stayed until this Court enters an Order resolving the Motion to Dismiss filed by Defendant or until further Order of this Court. It is further

**ORDERED** that the Clerk is directed to send a copy of this Order to counsel of record for Plaintiff and all Defendants. As such the court dispenses with requirement for filing of the parties' joint report and plan. Upon decision, should the case remain, the court will reset deadline for this filing.

DATED: December 29, 2011

_____
United States District Judge

---

[1] BAC Home Loans Servicing, LP merged with and into Bank of America, N.A. on July 1, 2011. As such, Bank of America, N.A. will respond on behalf of BAC Home Loans Servicing, LP, which is no longer an existing legal entity.