UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| LUIS RAUL CABRERA and ROSALIE JEANESE CABRERA, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT** No. 5:11-CV-563-FL |
| BANK OF AMERICA, N.A.; BANK OF AMERICA HOME LOAN SERVICING, LP; and, LOAN RESOLUTION CORPORATION, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss, plaintiffs' motion for leave to file an amended complaint, and the memorandum and recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 12, 2013, and for the reasons set forth more specifically therein, that defendants' motions to dismiss are granted in their entirety and plaintiff's motion for leave to file an amended complaint is denied without prejudice. Plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 15, 2013, and Copies To:**
Robert A. Muckenfuss (via CM/ECF Notice of Electronic Filing)
Lauren Byers Loftis (via CM/ECF Notice of Electronic Filing)
Benjamin R. Kuhn (via CM/ECF Notice of Electronic Filing)
Rosalie Jeanese Cabrera (via CM/ECF Notice of Electronic Filing)


February 15, 2013           JULIE A. RICHARDS, CLERK
                              /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk